# EXHIBIT 1

| Accused Works | Subject Photography |
|---|---|
| 1. <br>Shutterstock ID# 1566388396<br>https://www.shutterstock.com/image-photo/orange-sunset-over-rocks-california-1566388396 | <br>McGucken Photograph:<br>20200112040316-68074746.jpg<br>Copyright Registration# VA0002192926 |
| 2. <br>Shutterstock ID# 1566388426<br>https://www.shutterstock.com/image-photo/orange-sunset-over-rocks-california-1566388426 | <br>McGucken Photograph:<br>2017-12-15-Nikon-D810-HDR-Photos-Keyhole-Rock-(Sunset-Through-the-The-21469521049-m.jpg<br>Copyright Registration# VA0002089207 |

3.

 

Shutterstock ID# 1600862350
https://www.shutterstock.com/image-photo/wooden-house-winter-mountains-background-1600862350

McGucken Photograph:
20200112025053-41e9c420.jpg
Copyright Registration# VA0002192926

4.

 

Shutterstock ID# 1566508597
https://www.shutterstock.com/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508597

McGucken Photograph:
20200112042134-4350585b.jpg
Copyright Registration# VA0002192926

5.





Shutterstock ID# 1566803233
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803233

McGucken Photograph:
20191126030038-99f883ea.jpg
Copyright Registration# VA0002194934

6.





Shutterstock ID# 1566803248
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803248

McGucken Photograph:
20191126032026-448a93d8.jpg
Copyright Registration# VA0002194934

7.

 

Shutterstock ID# 1566388420
https://www.shutterstock.com/image-photo/orange-sunset-over-rocks-california-1566388420

McGucken Photograph:
2016-4-4-Best-Malibu-Sunset-Red-Yellow-Orange-Clouds-Magical-El-Matador-26211188175-m.jpg
Copyright Registration# VA0002089215

8.

 

Shutterstock ID# 1566803230
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803230

McGucken Photograph:
20191126031038-0c87407a.jpg
Copyright Registration# VA0002194934

9.





Shutterstock ID# 1566512176
https://www.shutterstock.com/image-photo/sunset-beach-rocks-beautiful-1566512176

McGucken Photograph:
20200112042027-34e96708.jpg
Copyright Registration# VA0002192926

10.






Shutterstock ID# 1566388408
https://www.shutterstock.com/image-photo/orange-sunset-over-rocks-california-1566388408

McGucken Photograph:
2015-8-15-Malibu-Fine-Art-Sunset-Landscapes-Sony-A7rii-Sony-16-35mm-20602934901-m.jppg
Copyright Registrations# VA0002089199

11.

 

| | |
|---|---|
| Shutterstock ID# 1566388414<br>https://www.shutterstock.com/image-photo/orange-sunset-over-rocks-california-1566388414 | McGucken Photograph:<br>2019-11-02-Malibu-Beach-Sunset-Fine-Art-Landscape-Photography-El-Matador-Beach-49002128303-m.jpg<br>Copyright Registration# VA0002226619 |

12.

 

| | |
|---|---|
| Shutterstock ID# 1566388423<br>https://www.shutterstock.com/image-photo/orange-sunset-over-rocks-california-1566388423 | McGucken Photograph:<br>2014-10-15-Nikon-D810-HDR-Photos-Malibu-Sea-Cave-Sunset-Dr-Elliot-15358035759-m.jpg<br>Copyright Registration# VA0002089200 |

13.

 

Shutterstock ID# 1600862329
https://www.shutterstock.com/image-photo/wooden-house-winter-mountains-background-1600862329

McGucken Photograph:
20200112024015-070a5fea.jpg
Copyright Registration# VA0002192926

14.

 

Shutterstock ID# 1566803209
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803209

McGucken Photograph:
20191126032401-0df0e042.jpg
Copyright Registration# VA0002194934

15.

 

Shutterstock ID# 1566803221
https://www.shutterstock.com/image-photo/gran-
canyon-corridors-red-walls-1566803221

McGucken Photograph:
20191126032337-1f3fd0f5.jpg
Copyright Registration# VA0002194934

16.

 

Shutterstock ID# 1566803224
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803224

McGucken Photograph:
20191126030439-ef165c47.jpg
Copyright Registration# VA0002194934

17.

 

Shutterstock ID# 1566803227
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803227

McGucken Photograph:
20191126025824-986a4536.jpg
Copyright Registration# VA0002194934

18.

 

Shutterstock ID# 1566508612
https://www.shutterstock.com/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508612

McGucken Photograph:
20200112041829-a0c54b14.jpg
Copyright Registration# VA0002192926

19.

 

Shutterstock ID# 1566803230
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803230

McGucken Photograph:
20191126031914-b189be87.jpg
Copyright Registration# VA0002194934

20.

 

Shutterstock ID# 1600866502
https://www.shutterstock.com/image-photo/snowy-mountains-morning-by-winter-1600866502

McGucken Photograph:
20200112024547-9daf981b.jpg
Copyright Registration# VA0002192926

21.





Shutterstock ID# 1600866505
https://www.shutterstock.com/image-photo/snowy-mountains-morning-by-winter-1600866505

McGucken Photograph:
20200112030153-f01e6927.jpg
Copyright Registration# VA0002192926

22.





Shutterstock ID# 1600866511
https://www.shutterstock.com/image-photo/snowy-mountains-morning-by-winter-1600866511

McGucken Photograph:
20200112023930-a0b3847c.jpg
Copyright Registration# VA0002192926

23.

 

Shutterstock ID# 1600866514
https://www.shutterstock.com/image-photo/snowy-mountains-morning-by-winter-1600866514

McGucken Photograph:
20200112030045-5623950d.jpg
Copyright Registration# VA0002192926

24.

 

Shutterstock ID# 1600864843
https://www.shutterstock.com/image-photo/wooden-house-sunset-mountains-background-winter-1600864843

McGucken Photograph:
20200112024642-d8e9f36e.jpg
Copyright Registration# VA0002192926

25.





Shutterstock ID# 1600864852
https://www.shutterstock.com/image-photo/wooden-house-sunset-mountains-background-winter-1600864852

McGucken Photograph:
20200112024247-835a890e.jpg
Copyright Registration# VA0002192926

26.





Shutterstock ID# 1600862326
https://www.shutterstock.com/image-photo/wooden-house-winter-mountains-background-1600862326

McGucken Photograph:
20200112030020-6ce65425.jpg
Copyright Registration# VA0002192926

27.





Shutterstock ID# 1600862332
https://www.shutterstock.com/image-photo/wooden-house-winter-mountains-background-1600862332

McGucken Photograph:
20200112024038-6e3e6a01.jpg
Copyright Registration# VA0002192926

28.







Shutterstock ID# 1600862335
https://www.shutterstock.com/image-photo/wooden-house-winter-mountains-background-1600862335

McGucken Photograph:
20200112030011-dfe04e31.jpg
Copyright Registration# VA0002192926

29.

 

Shutterstock ID# 1600862344
https://www.shutterstock.com/image-
photo/wooden-house-winter-mountains-
background-1600862344

McGucken Photograph:
20200112030103-955569b6.jpg
Copyright Registration# VA0002192926

30.

 

Shutterstock ID# 1600862353
https://www.shutterstock.com/image-
photo/wooden-house-winter-mountains-
background-1600862353

McGucken Photograph:
20200112025953-8f7806b6.jpg
Copyright Registration# VA0002192926

31.





Shutterstock ID# 1566803242
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803242

McGucken Photograph:
20191126032215-fa8ac9fe.jpg
Copyright Registration# VA0002194934

32.

 

Shutterstock ID# 1566803212
https://www.shutterstock.com/image-photo/gran-
canyon-corridors-red-walls-1566803212

McGucken Photograph:
20191126032000-fc2ec14a.jpg
Copyright Registration# VA0002194934

33.

 

Shutterstock ID# 1566803215
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803215

McGucken Photograph:
20191126032318-c38b4ba9.jpg
Copyright Registration# VA0002194934

34.

 

Shutterstock ID# 1566803218
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803218

McGucken Photograph:
20191126030414-a75233fe.jpg
Copyright Registration# VA0002194934

35.





Shutterstock ID# 1566803236
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803236

McGucken Photograph:
20191126031935-d3e2a6d1.jpg
Copyright Registration# VA0002194934

36.





Shutterstock ID# 1566803239
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803239

McGucken Photograph:
20191126032421-283c91fe.jpg
Copyright Registration# VA0002194934

37.

 

Shutterstock ID# 1566803242
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803242

McGucken Photograph:
20191126031456-601e9b98.jpg
Copyright Registration# VA0002194934

38.

 

Shutterstock ID# 1566803245
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803245

McGucken Photograph:
20191126032151-12db4834.jpg
Copyright Registration# VA0002194934

39.

 

Shutterstock ID# 1566803251
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803251

McGucken Photograph:
20191126032126-28e243a1.jpg
Copyright Registration# VA0002194934

40.




Shutterstock ID# 1566803254
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803254

McGucken Photograph:
20191126031436-af597654.jpg
Copyright Registration# VA0002194934

41.




Shutterstock ID# 1566803257
https://www.shutterstock.com/image-photo/gran-canyon-corridors-red-walls-1566803257

McGucken Photograph:
20191126031615-f69c0d42.jpg
Copyright Registration# VA0002194934

42.

 

Shutterstock ID# 1566562474
https://www.shutterstock.com/cs/image-photo/night-illuminated-bridge-sea-1566562474

McGucken Photograph:
20200112041724-6b12e467.jpg
Copyright Registration# VA0002192926

43.

 

Shutterstock ID# 1566562477
https://www.shutterstock.com/cs/image-photo/night-illuminated-bridge-sea-1566562477

McGucken Photograph:
20200112042439-941b0aff.jpg
Copyright Registration# VA0002192926

44.

 

Shutterstock ID# 1566520807
https://www.shutterstock.com/cs/image-
photo/wood-bridge-sea-by-morning-cloudy-
1566520807

McGucken Photograph:
20200112042619-a55ab67f.jpg
Copyright Registration# VA0002192926

45.

 

Shutterstock ID# 1566511120
https://www.shutterstock.com/cs/image-
photo/wood-bridge-on-sea-by-morning-
1566511120

McGucken Photograph:
20200112040818-58e553b8.jpg
Copyright Registration# VA0002192926

46.





Shutterstock ID# 1566509650
https://www.shutterstock.com/cs/image-photo/night-bridge-over-sea-illuminated-by-1566509650

McGucken Photograph:
20200112041849-813f545b.jpg
Copyright Registration# VA0002192926

47.





Shutterstock ID# 1566509653
https://www.shutterstock.com/cs/image-photo/night-bridge-over-sea-illuminated-by-1566509653

McGucken Photograph:
20200112040539-89371b52.jpg
Copyright Registration# VA0002192926

48.

 

Shutterstock ID# 1566509659
https://www.shutterstock.com/cs/image-photo/night-bridge-over-sea-illuminated-by-1566509659

McGucken Photograph:
20200112040650-6eb4afb5.jpg
Copyright Registration# VA0002192926

49.

 

Shutterstock ID# 1566508555
https://www.shutterstock.com/cs/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508555

McGucken Photograph:
20200112042609-d0830051.jpg
Copyright Registration# VA0002192926

50.

 

Shutterstock ID# 1566508558
https://www.shutterstock.com/cs/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508558

McGucken Photograph:
20200112042628-e636d1f0.jpg
Copyright Registration# VA0002192926

51.

 

Shutterstock ID# 1566508564
https://www.shutterstock.com/cs/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508564

McGucken Photograph:
20200112042523-0cef1295.jpg
Copyright Registration# VA0002192926

52.





Shutterstock ID# 1566508600
https://www.shutterstock.com/cs/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508600

McGucken Photograph:
20200112042414-f807f1a7.jpg
Copyright Registration# VA0002192926

53.






Shutterstock ID# 1566508603
https://www.shutterstock.com/cs/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508603

McGucken Photograph:
20200112042705-947d98c1.jpg
Copyright Registration# VA0002192926

54.






Shutterstock ID# 1566508609
https://www.shutterstock.com/cs/image-photo/bridge-over-sea-beautiful-orange-sunset-1566508609

McGucken Photograph:
20200112042713-7bf3734c.jpg
Copyright Registration# VA0002192926

57.





Shutterstock ID# 1566390862
https://www.shutterstock.com/cs/image-photo/sunset-over-rocks-sea-waves-1566390862

McGucken Photograph:
2019-11-13-Malibu-Beach-Sunset-Fine-Art-El-Matador-State-Beach-Los-49060340988-m.jpg
Copyright Registration# VA0002226618

58.





Shutterstock ID# 1566388402
https://www.shutterstock.com/cs/image-photo/orange-sunset-over-rocks-california-1566388402

McGucken Photograph:
20200112034733-b8f0a672.jpg
Copyright Registration# VA0002192926

59.





Shutterstock ID# 1566388405
https://www.shutterstock.com/cs/image-photo/orange-sunset-over-rocks-california-1566388405

McGucken Photograph:
2019-11-02-Malibu-Beach-Sunset-Fine-Art-Landscape-Photography-El-Matador-Beach-49002856041-m.jpg
Copyright Registration# VA0002226619

58.

 

Shutterstock ID# 1566388411
https://www.shutterstock.com/cs/image-photo/orange-sunset-over-rocks-california-1566388411

McGucken Photograph:
20200112040457-cd54ed87.jpg
Copyright Registration# VA0002192926

59.

 

Shutterstock ID# 1566388417
https://www.shutterstock.com/cs/image-photo/orange-sunset-over-rocks-california-1566388417

McGucken Photograph:
20200112040516-b5e6043a.jpg
Copyright Registration# VA0002192926

60.

 

Shutterstock ID# 1566388429
https://www.shutterstock.com/cs/image-photo/orange-sunset-over-rocks-california-1566388429

McGucken Photograph:
2019-11-02-Malibu-Beach-Sunset-Fine-Art-Landscape-Photography-El-Matador-Beach-49002937462-m.jpg
Copyright Registration# VA0002226619

61.

 

Shutterstock ID# 2055467675
https://www.shutterstock.com/image-photo/antelope-canyon-arizona-wallpaper-2055467675
https://image.shutterstock.com/image-photo/antelope-canyon-arizona-wallpaper-600w-2055467675.jpg

McGucken Photograph:
2021-08-29-The-Lady-Angel-in-the-wind-Lower-Antelope-Canyon-Abstract-51409589253-m.jpg
Copyright Registration #: VA0002272545

62.





Shutterstock ID# 2102813650
https://www.shutterstock.com/image-photo/unearthly-beauty-antelope-canyon-2102813650

https://image.shutterstock.com/image-photo/unearthly-beauty-antelope-canyon-600w-2102813650.jpg

McGucken Photograph:
2018-06-04-The-Lady-in-the-Wind-Lower-Antelope-Canyon-Fine-Art-41847114304-m.jpg
Copyright Registration #: VA0002236794

63.





Six Shutterstock IDs:
1. ShutterstockID1583122882
https://www.shutterstock.com/image-photo/ever-dream-waking-1583122882&subId1=1583122882
2. ShutterstockID#616950383
https://www.shutterstock.com/image-photo/beach-cave-616950383&subId1=616950383
3. ShutterstockID1659337003
https://www.shutterstock.com/image-photo/natural-photograph-ocean-sunset-1659337003&subId1=1659337003
4. ShutterstockID#2092110853
https://www.shutterstock.com/image-photo/sea-sunrise-over-rock-cave-2092110853&subId1=2092110853
5. ShutterstockID#1246299916
http://www.shutterstock.com/pic-1246299916/stock-photo-ocean-sunrises-and-sunsets.html&subId1=1246299916
6. ShutterstockID#1049487071

McGucken Photograph:
2016-1-17-Sony-A7RII-Fine-Art-Super-Sharp-Sony-16-35mm-Vario-Tessar-24437360495-m.jpg
Copyright Registration #: VA0002089215

| | |
|---|---|
| http://www.shutterstock.com/pic-1049487071/stock-photo-the-sunrise-sunset.html&subId1=1049487071 | |