1  ELEANOR M. LACKMAN (SBN 298594)
   eml@msk.com
2  REBECCA BENYAMIN (SBN 334130)
   rebecca.benyamin@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA 90067
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendant
   Shutterstock, Inc.
7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | ELLIOT MCGUCKEN, an individual, | Case No. 2:23-cv-00242-FMO (AFM) |
|---|---|---|
| 12 | Plaintiff, | Honorable Fernando M. Olguin |
| 13 | v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 14 | SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1-10, | |
| 15 | | |
| 16 | Defendants. | Complaint served: March 22, 2023<br>Current response date: April 12, 2023<br>New response date: May 12, 2023 |

Mitchell
Silberberg &
Knupp LLP

28

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1    This Stipulation is entered by and between plaintiff Elliot McGucken
2 ("Plaintiff"), through his counsel of record, and defendant Shutterstock, Inc.
3 ("Defendant"), through its counsel of record, and is based on the following facts:
4    WHEREAS, on January 12, 2023, Plaintiff filed a complaint in the Central
5 District of California, Case No. 2:23-cv-00242-FMO (AFM) (the "Complaint");
6    WHEREAS, Plaintiff served Defendant with process of the Complaint and
7 Summons on March 22, 2023, making Defendant's initial response to the
8 Complaint due April 12, 2023;
9    WHEREAS, Plaintiff's counsel has agreed to a thirty-day extension of time
10 for Defendant to respond to the Complaint;
11    WHEREAS, because this extension will not exceed 30 days from the
12 original date on which Defendant's response is due, approval by this Court is not
13 required pursuant to Local Rule 8-3.
14    NOW, THEREFORE, the undersigned parties through their respective
15 counsel hereby stipulate as follows:
16    1.   The time for Defendant to answer or otherwise respond to the
17 Complaint shall be extended to and including May 12, 2023.
18    **SO STIPULATED.**
19 DATED: April 6, 2023            MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
    Eleanor M. Lackman
    Rebecca Benyamin
    Attorneys for Defendant
    Shutterstock, Inc.

| | | |
|---|---|---|
| 1 | DATED: April 6, 2023 | DONIGER/BURROUGHS |

By: /s/ Frank R. Trechsel
    Frank R. Trechsel
    Attorneys for Plaintiff
    Elliot McGucken

### ATTESTATION REGARDING SIGNATURES

I, Eleanor M. Lackman, am the registered CM/ECF User whose ID and password are being used to file this document. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted to the Court, concur in the filing's content and authorized the filing.

DATED: April 6, 2023     MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
    Eleanor M. Lackman
    Rebecca Benyamin
    Attorneys for Defendant
    Shutterstock, Inc.

3

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**